JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

FERNANDO ORTIS RAMIREZ,

Petitioner,

v.

ACTING WARDEN OF THE ADELANTO DETENTION CENTER, et al.,

Respondents.

Case No. EDCV 26-4806-AS

**JUDGMENT**

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is DENIED.

DATED: September 9, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE